# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #:  3:21-cr-152-1                                    Date:  May 23, 2022

## United States of America        vs.        Phillip J. Locke

**PROCEEDINGS:  In Person Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

THE HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE

---

| Jason Huffaker | Kara Nagorny | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Brent N. Jones | Jonathan A. Moffatt |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

☐    No plea agreement filed

■    Plea Agreement [R.26] filed on May 4, 2022 ☐ sealed    ■unsealed

■    Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.

■    Defendant moved to change plea    ■  granted    ☐  denied

■    Defendant waived reading of the Indictment        ☐  Indictment read

■    Defendant pleaded guilty to Count 1 of the Indictment.

☐    Government moved to dismiss the remaining count as to this defendant at sentencing.

■    Referred for Presentence Investigative Report.

■    DATE SET:  **Sentencing:**  September 23, 2022 at 1:45 p.m.
           **Before** the Honorable Katherine A. Crytzer, United States District Judge

> • Parties must adhere to Local Rules 83.9.
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

☐    Defendant to remain on bond

■    Defendant remanded to custody of the U.S. Marshal

10:31 – 10:48